UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FRANK McCLELLAN,

                        Plaintiff,

  -against-                            **NOTICE OF MOTION FOR SUMMARY JUDGMENT**

CITY OF RENSSELAER and STEVEN     Civil Case No. 02-CV-1141
SMITH, Individually and in his              (GLS/DRH)
official capacity as Police Officer of
The City of Rensselaer,

                        Defendants.

| | |
|---|---|
| Motion By: | Defendant, Steven Smith, Individually and in his official capacity as Police Officer |
| Date, Time & Place of Hearing: | July 15, 2004 at 10:00 a.m. at the U.S. District Court for the Northern District of New York, James T. Foley Courthouse, Albany, New York |
| Supporting Papers: | Affidavit of Gregory S. Mills, Esq., Affidavit of Steven Smith, Statement of Material Facts, and Memorandum of Law |
| Nature of Action: | False Arrest, Malicious Prosecution, Unlawful Search/Seizure, Unlawful Imprisonment under 42 USC §1983 |
| Relief Demanded: | An Order pursuant to Fed.R.Civ.P. Rule 56(c) granting Summary Judgment to the Defendant dismissing Plaintiff's Complaint on the merits and with prejudice as a matter of law, and for such other and further relief as to the Court may seem just and proper. |
| Answering Papers: | Pursuant to Local Rule 7.1(b), opposing papers shall be served not less than seventeen (17) days prior to the return date of this Motion. |

DATED: June 1, 2004
     Clifton Park, New York

            Respectfully submitted,

            THE MILLS LAW FIRM, LLP

            BY: _____
              GREGORY S. MILLS
              Bar Roll No. 103471
            *Attorneys for Defendant, Steven Smith*
            Office and P.O. Address
            1520 Crescent Road, Suite 100
            Clifton Park, New York 12065
            (518) 373-9900

TO: Lee Greenstein, Esq.
    *Attorney for Plaintiff*
    600 Broadway
    Albany, New York 12207