UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK_____

FRANK McCLELLAN,

                                  Plaintiff,

                                                    NOTICE OF
        -against-                                  CROSS-MOTION

CITY OF RENSSELAER, and,
STEVEN SMITH, Individually and in
his official capacity as Police Officer        02-CV-1141
of the City of Rensselaer,                    GLS/DRH

                                  Defendants.

_____

    **PLEASE TAKE NOTICE**, that upon the affidavits of Lee Greenstein, Esq., Frank McClellan and Michelle Cristo, and accompanying Memorandum of Law, and the exhibits 1 through 27 annexed hereto, as well as the pleadings and proceedings heretofore had herein, FRANK MCCLELLAN will move this Court before the Honorable Joseph M. Hood, a visiting District Court Judge for the United States District Court for the Northern District of New York, at a regularly scheduled motion term thereof to be held at the U.S. District Court House in Albany, New York, on the ____ day of _____, 2004, for an Order:

(1) Granting summary judgment with respect to a determination that Defendant is not entitled to qualified immunity, as a matter of law;

(2) Granting summary judgment with respect to a determination that defendant is liable for the false arrest and malicious prosecution of Plaintiff on the arrest and prosecution for disorderly conduct (PL. 240.20[7]).

(3) Denying the motion for summary judgment submitted by Defendant Steven Smith in all respects;

(4) Granting such other and further relief as to his court may deem just and proper.

Dated: Albany, NY
      July 12, 2004

                                                _____
LEE GREENSTEIN
Bar Roll #101859
Counsel for Defendant Whitley
600 Broadway
Albany, NY 12207

TO: The Mills Law Firm
     Counsel for defendant Smith

     Clerk
     U.S. District Court